IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TYRONE DAVIS                                                          PLAINTIFF

v.                              Case No. 1:16-cv-1036

DAVID NORWOOD                                                        RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed January 30, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7).  Judge Bryant recommends that the above-captioned case should be dismissed without prejudice because Plaintiff was released from custody and is no longer entitled to habeas corpus relief pursuant to 28 U.S.C. §2241.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge